UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Colonel Antonio Nored,

    Plaintiff,

        v.                                           Case No. 1:17cv134

John A. Cuoco, *et al.*,                       Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 28, 2017 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 18) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant John A. Cuoco is **DISMISSED** from this case based upon Plaintiff's failure to provide the requisite forms for effective service, failure to timely comply with this Court's June 12, 2017 Order (Doc. 12) regarding the same, and failure to prosecute his claims against that Defendant.

    **IT IS SO ORDERED.**

                                                              *s/Michael R. Barrett*
                                                               Michael R. Barrett
                                                               United States District Judge